In Grimes v. State, 71 Tex.Cr.R. 614, 160 S.W. 689, 691, is found the following:

"If the testimony of Bessie Smith should be held to show rape, instead of assault to rape, which is exceedingly doubtful, yet, as the state elected to prosecute him for assault to rape, appellant would not be heard to complain."

Other cases may be found where we have held that conviction of a lesser grade of offense will be sustained though the evidence shows that a greater offense had been committed. See Gatlin v. State, 86 Tex.Cr. R. 339, 217 S.W. 698; Campbell v. State, 65 Tex.Cr.R. 418, 144 S.W. 966.

We remain convinced that the confession is sufficiently corroborated and that the evidence as a whole is sufficient to sustain the conviction.

Appellant's motion for rehearing is overruled.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of driving an automobile upon a public highway while intoxicated, and his punishment was assessed at a fine of $50.

The indictment, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.